**No. 38936.**—Protest 889067–G (A) of C. Pappas Co. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242) origan was held free of duty under paragraph 1722 as claimed.

**No. 38937.**—Protests 886274–G, etc., of Alberti Importing & Exporting Co. et al. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242) origan was held free of duty under paragraph 1722 as claimed.

**No. 38938.**—Protests 809044–G, etc., of Musolino Lo Conte Co. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242) origan was held free of duty under paragraph 1722 as claimed.

BEFORE THE SECOND DIVISION, JULY 1, 1938

**No. 38939.**—Protests 437922–G, etc., of Leon Kargere et al. (New York).

Opinion by TILSON, J. It was found that certain items consist of hemstitched wearing apparel in chief value of silk similar to that the subject of *United States* v. *Scruggs* (18 C. C. P. A. 279, T. D. 44450). The claim at 60 percent under paragraph 1210 was therefore sustained. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

**No. 38940.**—Protests 253623–G, etc., of Peter Schneider's Sons & Co., Inc. (New York).

"Opinion by TILSON, J. It was stipulated that the merchandise consists of nets in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.